UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL J. PHILLIPS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-00252 |
| § | |
| LIBERTY MARITIME CORPORATION, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On January 11, 2019, the Plaintiff, Michael J. Phillips, and the Defendants, Liberty Maritime Corporation and Liberty Glory Corporation, filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 21) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 14th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge